UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUVENIA ELVERTON, ) | |
| ) | Civil Action No. 17-cv-02505 |
| PLAINTIFF, ) | |
| ) | Honorable Judge Harry D. Leinenweber |
| v. ) | |
| ) | Magistrate Judge M. David Weisman |
| PREMIERE CREDIT OF NORTH ) | |
| AMERICA, LLC, ) | |
| ) | |
| DEFENDANT. ) | |

## RECORD REQUEST PURSUANT TO CIRCUIT RULE 10

Pursuant to Seventh Circuit Rule 10(a), Plaintiff-Appellant, Luvenia Elverton, hereby requests that the following briefs and memoranda be included in the record on appeal:

- ECF No. 25: November 20, 2017 – Motion by Plaintiff's Luvenia Elverton for summary judgment

- ECF No. 26: November 20, 2017 – Memorandum by Luvenia Elverton in support of Motion For Summary Judgment

- ECF No. 27: November 20, 2017 – Rule 56 Statement of Uncontested Material Facts In Support of Plaintiff's Motion For Summary Judgment.

- ECF No. 28: November 20, 2017 – Motion by Defendant Premiere Credit of North America, LL for Summary Judgment

- ECF No. 29: November 20, 2017 – Memorandum by Premiere Credit of North America in support of Motion For Summary Judgment

- ECF No. 30: November 20, 2017— Rule 56 Statement by Premiere Credit of North America, LLC regarding motion for summary judgment

1

- ECF No. 33- Memorandum by Premiere Credit of North America In Opposition to Motion For Summary Judgment 25 Memorandum of Points & Authorities in Opposition to Plaintiff's Motion For Summary Judgment

- ECF No. 34- Response by Premiere Credit of North America, LLC to Rule 56 statement 27

- ECF No. 35-Response by Luvenia Elverton to Motion by Defendant Premiere Credit of North America, LLC for summary judgment.

- ECF No. 36

Respectfully submitted,

Dated: May 30, 2018

/s/Celetha C. Chatman
Celetha C. Chatman
Community Lawyers Group, Ltd.
73 W Monroe Street, Suite 514
Chicago, Illinois 60603
Ph: (312) 757-1880
Fax: (312) 265-3227
cchatman@communitylawyersgroup.com
*Attorney for Plaintiff Luvenia Elverton*

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, hereby certify that on May 30, 2018, a true and accurate copy of the foregoing was filed with the Clerk of Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the attorneys of record.

>/s/Celetha C. Chatman
>Celetha C. Chatman
>Community Lawyers Group, Ltd.
>73 W Monroe Street, Suite 514
>Chicago, Illinois 60603
>Ph: (312) 757-1880
>Fax: (312) 265-3227
>cchatman@communitylawyersgroup.com
>*Attorney for Plaintiff Luvenia Elverton*